# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                              :        NO. 292
                                                    :
ORDER AMENDING RULES 311 AND     :        APPELLATE PROCEDURAL RULES
341 OF THE PENNSYLVANIA RULES OF :
APPELLATE PROCEDURE                      :        DOCKET
                                                    :


## ORDER

**PER CURIAM**

     **AND NOW**, this 9th day of March, 2021, upon the recommendation of the Appellate Court Procedural Rules Committee; the proposal having been published for public comment at 49 Pa.B. 10 (January 5, 2019):

     It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 311 and 341 of the Pennsylvania Rules of Appellate Procedure are amended in the attached form.

     This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective July 1, 2021.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.